# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONALD CHEATUM, | ) | No. EDCV 08-430-DSF(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| DEBRA DEXTER, | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: 11/14/13

_____
DALE S. FISCHER
United States District Judge